**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVIVISION

| | |
|---|---|
| JAKE WEBER, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-00060-TLN-CKD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| GAMESTOP, INC., | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 2:26-CV-00060-TLN-CKD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jake Weber submits the following notice of voluntary dismissal of his individual claims against Defendant GameStop, Inc. with prejudice. Each party shall bear its own fees and costs.

Dated:  April 20, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Stefan Bogdanovich*
     Stefan Bogdanovich

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: sbogdanovich@bursor.com

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*